ACCEPTED
06-16-00010-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/30/2016 1:35:29 PM
DEBBIE AUTREY
CLERK

No. 06-16-00010-CV

IN THE

SIXTH COURT OF APPEALS

at TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/30/2016 1:35:29 PM
DEBBIE AUTREY
Clerk

_____

KAY PLUNKETT, Individually and as Surviving Spouse of Curtis Plunkett; CHANDRA ANDERSON, Individually and as Surviving Child of Curtis Plunkett; and JEFF PLUNKETT, Individually and as Surviving Child of Curtis Plunkett,

Appellants,

v.

CHRISTUS HEALTH ARK-LA-TEX d/b/a CHRISTUS ST. MICHAEL HEALTH SYSTEM; and JACOB DUKE, D.D.S.,

Appellees.

_____

Appealed from the 202nd Judicial District Court of
Bowie County, Texas

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**FOR FILING APPELLANTS' BRIEF**

_____

TO THE HONORABLE SIXTH COURT OF APPEALS:

Appellants Kay Plunkett, Chandra Anderson and Jeff Plunkett file this unopposed motion requesting a 30-day extension of time for filing Appellants' Brief in the above-referenced appeal. Appellants respectfully show:

1. The original deadline for filing Appellants' opening brief is June 30, 2016. Appellants request a 30-day extension, or until July 29, 2016, for filing Appellants' Brief. Appellants have requested no previous extensions.

2. Bill Liebbe is lead appellate counsel in this appeal. The demands on Bill Liebbe in other cases and other responsibilities have not allowed for sufficient time to adequately research the issues and prepare the brief in a timely manner. For example, within the past 20 days, Mr. Liebbe has:

   • prepared for and conducted two depositions in New York (one on the *Hare v. Harper* case pending in Harris County, Texas and the other one the *Morton v. East Texas Medical Center* case pending in Smith County, Texas);

   • responded to lengthy motions for summary judgment in the medical malpractice case of *Hare v. Harper*, pending in Harris County, Texas;

   • prepared a Motion for Rehearing in *Liebbe v. Dallas Independent School District*, pending in the 5th Court of Appeals in Dallas; and

   • assembled expert disclosures which are due July 1, 2016 in *Colwell v. Nacogdoches Medical Center*, pending in the District Court of Nacogdoches County, Texas.

3. Additionally, in reviewing the record, there are two additional documents that need to be included in the Clerk's Record. Specifically, in Appellants' request for preparation of the Clerk's Record, the pre-trial Motion to Exclude Charles Bloomer, D.D.S. and the response thereto, were inadvertently omitted. Appellants have today requested that a Supplemental Clerk's Record be prepared which includes these two documents. An extension of 30 days

should allow sufficient time for the Supplemental Clerk's Record to be filed, and should therefore allow Appellants to cite to the Supplemental Clerk's Record in the brief.

4. This case has not been set for submission.  Therefore, no unnecessary delay will result from the granting of this extension.

5. Appellees did not oppose the relief requested in this motion.

## CONCLUSION AND PRAYER

Appellants respectfully request that the Court grant this motion for extension of time, thus making Appellants' opening brief due on July 29, 2016.  Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

**LAW OFFICE OF JIM CLEMENTS**

By: */s/ Jim Clements*
     Jim Clements
     State Bar No. 00787251

     9442 Capital of Texas Highway North
     Arboretum Plaza One, Suite 500
     Austin, Texas 78759
     Tel.:  (512) 478-4489
     Fax:  (512) 961-3281
     jclementslaw@aol.com


**THE LIEBBE FIRM, P.C.**

  */s/Bill Liebbe*
Bill Liebbe
State Bar No. 12331300

3

805 South Broadway Ave.
Tyler, Texas 75701
903-595-1240 Telephone
903-595-1325 Telefax
LiebbeFirm@LiebbeFirm.com

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with lead appellate counsel for Appellees Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System and Jacob Duke, D.D.S., and they do not oppose the relief requested in this motion.

*/s/ Jim Clements*
Jim Clements

## CERTIFICATE OF SERVICE

On June 30, 2016, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document on the following counsel of record by e-service.

*/s/ Jim Clements*
Jim Clements

| | |
|---|---|
| Michelle Robberson<br>Cooper & Scully, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Tel.: (214) 712-9500<br>Fax: (214) 712-9540<br>michelle.robberson@cooperscully.com<br><br>Kevin W. Yankowsky<br>Katharine Larson<br>Norton Rose Fulbright US, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel.: (713) 651-5151<br>Fax: (713) 651-5246<br>Kevin.yankowsky@nortonrosefulbright.com<br>Katharine.larson@nortonrosefulbright.com | Diana L. Faust<br>Kyle M. Burke<br>Cooper & Scully, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Tel.: (214) 712-9500<br>Fax: (214) 712-9540<br>michelle.robberson@cooperscully.com<br>kyle.burke@cooperscully.com<br><br>Vernon Krueger<br>Krueger Law Group, LLP<br>8111 LBJ Freeway, Suite 650<br>Dallas, Texas 75251<br>Telephone: (214) 389-4301<br>Facsimile: (214) 389-4302<br>Vernon@kruegerlawgroup.com |